IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-cr-00039-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER ALLEN FORD,<br><br>    Defendant. | ORDER |

This matter comes before the court *sua sponte*. At the sentencing hearing on August 10, 2023, Defendant stated that when released from state custody on November 19, 2022 his case manager at the Raleigh Residential Reentry Center ("RRC") informed him that the facility no longer had space for him and that he must instead report to U.S. probation.

On or before September 9, 2023, the parties shall file a joint statement of facts addressing the extent to which RRC personnel instructed Defendant not to report to the facility after his release on state charges. Defendant's sentencing hearing is continued until the September 12, 2023 term of court.

SO ORDERED this 11th day of August, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE